denied. *Messrs. J. D. Skeen* and *E. J. Skeen* for petitioner. *Mr. Richard W. Young* for respondent.

No. 546. BENNIE SABLOWSKY *v.* PENNSYLVANIA; and No. 547. LEONARD SABLOWSKY *v.* PENNSYLVANIA. January 4, 1943. Petition for writs of certiorari to the Superior Court of Pennsylvania denied. *Mr. Samuel G. Wagner* and *Dorothea M. Wagner* for petitioners.

No. 464. MILLER *v.* ARROW. January 4, 1943. Petition for writ of certiorari to the Supreme Court of Ohio denied for want of a properly presented federal question. The motion to correct a diminution of the record is therefore also denied. *Anne Miller, pro se.*

No. 523. BANNING ET AL. *v.* UNITED STATES. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Arthur R. Seelig* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 544. BORO HALL CORP. *v.* GENERAL MOTORS CORP. ET AL. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Arthur Garfield Hays* for petitioner.